IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RENATO C. JIMENEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:12-CV-342-TMH |
| | ) |
| JOHNNIE CARR, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On April 8, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 14.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and that the petition for a writ of habeas corpus is DISMISSED, because Petitioner has failed to demonstrate that the disciplinary action resulting in his loss of privileges for 120 days gives rise to any claim for federal habeas relief or states any claim for a denial of his constitutional right to due process.

A separate final judgment will be entered.

DONE this 2nd day of May, 2014.

/s W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE